UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 18 2018

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CRIMINAL NO. 18 CR 625 |
| ANDREW SANCHEZ | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 6, 2018 in the Houston Division of the Southern District of Texas, the defendant,

**ANDREW SANCHEZ**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Ruger, model LCP, .380 caliber hand gun, which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2)as charged in Count One, are subject to forfeiture, including, but not limited to, the following:

A Ruger, model LCP, .380 caliber hand gun, serial number 37820581

A TRUE BILL:

Original Signature on File

**RYAN K. PATRICK**
**UNITED STATES ATTORNEY**

BY: _____
Jill J. Stotts
Assistant United States Attorney